Case 2:26-cv-00512-APG-BNW    Document 10    Filed 06/16/26    Page 1 of 9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KYLE DANDY

        Plaintiff(s),

    vs.

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:26-cv-00512-APG-BNW

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

      Esther Slater McDonald, Petitioner, respectfully represents to the Court:
      (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Seyfarth Shaw LLP
(firm name)

with offices at     1075 Peachtree Street, N.E., Suite 2500    ,
                  (street address)

    Atlanta    ,    Georgia    ,    30309    ,
    (city)            (state)        (zip code)

    (404) 885-1500    ,    emcdonald@seyfarth.com    .
    (area code + telephone number)        (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

First Advantage Background Services Corp. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____10/05/2015_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Georgia_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2                                        Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Georgia, Virginia, District of Columbia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12/10/2024 | 2:2024cv02288 | U.S.D.C., District of Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_Esther S. McDonald_
Petitioner's signature

STATE OF _____Georgia_____ )
                                )
COUNTY OF _____Fulton_____ )

_Esther Slater McDonald_, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_Esther S. McDonald_
Petitioner's signature

Subscribed and sworn to before me this

_8th_ day of _June_, _2026_.

_Salleye Mae Thornton_
Notary Public or Clerk of Court

SALLYE MAE THORNTON
NOTARY
EXPIRES
GEORGIA
03/09/2030
PUBLIC
HART COUNTY

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Marcus J. Lee_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____300 S. 4th Street, Suite 1250, Las Vegas_____,
(street address)

| _____Las Vegas_____, | _____Nevada_____, | 89101 . |
|---|---|---|
| (city) | (state) | (zip code) |

| _____(725) 286-2801_____, | _____MLee@ohaganmeyer.com_____. |
|---|---|
| (area code + telephone number) | (Email address) |

4

Rev. 5/16

Case 2:26-cv-00512-APG-BNW    Document 10    Filed 06/16/26    Page 4 of 9

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Marcus J. Lee _____ as (name of local counsel) his/her/their Designated Resident Nevada Counsel in this case.

*Bret Jardine*

_____
(party's signature)

Bret T. Jardine, Chief Legal Officer, First Advantage
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Marcus Lee*

_____
Designated Resident Nevada Counsel's signature

15769                               MLee@ohaganmeyer.com
_____
Bar number                          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Esther Slater McDonald
## Court Admissions

| Court | Admission Date |
|---|---|
| District of Columbia (Bar No. 495034) | 11/14/2005 |
| State of Georgia (Bar No. 649005) | 10/13/2014 |
| Commonwealth of Virginia (Bar No. 65723) | 10/16/2003 |
| U.S. District Court for the Western District of Arkansas | 02/19/2025 |
| U.S. District Court for the District of Colorado | 06/17/2020 |
| U.S. District Court for the District of Columbia | 08/06/2012 |
| U.S. District Court for the Northern District of Georgia | 10/13/2014 |
| U.S. District Court for the Northern District of Illinois | 06/14/2024 |
| U.S. District Court for the Eastern District of Michigan | 06/17/2016 |
| U.S. District Court for the Western District of Michigan | 07/11/2024 |
| U.S. District Court for the District of Nebraska | 06/17/2020 |
| U.S. District Court for the Southern District of Texas | 03/03/2026 |
| U.S. District Court for the Eastern District of Virginia | 03/06/2009 |
| U.S. District Court for the Western District of Virginia | 01/25/2016 |
| U.S. District Court for the Western District of Wisconsin | 02/09/2024 |
| U.S. Court of Appeals for the Second Circuit | 06/16/2020 |
| U.S. Court of Appeal for the Sixth Circuit | 02/24/2005 |
| U.S. Court of Appeals for the Ninth Circuit | 12/08/2016 |
| U.S. Court of Appeals for the Eleventh Circuit | 04/16/2019 |
| Georgia Supreme Court | 10/05/2015 |

305172252v.2



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# Esther S McDonald

*was duly qualified and admitted on November 14, 2005 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 08, 2026.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **ESTHER SLATER MCDONALD** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.   **ESTHER SLATER MCDONALD** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2003**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued June 9, 2026

DaVida M. Davis
**Director of Regulatory Compliance**

# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

**Ms. Esther Slater McDonald**
**Seyfarth Shaw LLP**
**1075 Peachtree Street NE Suite 2500**
**Atlanta, GA 30309**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **10/13/2014** |
| **BAR NUMBER:** | **649005** |
| **TODAY'S DATE:** | **06/09/2026** |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435